# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

KENYATTA S. HARLSTON, SR.,

    Petitioner,

vs.

JERRY BARTRUFF,

    Respondent.

No. C17-1016-LRR

**ORDER**

    This matter is before the court on the respondent's motion to substitute party (Doc. 8), filed on August 31, 2017. For the reasons discussed by the respondent, the motion to substitute party is **granted**. The clerk's office is directed to remove Jerry Bartruff and substitute William Sperfslage as the respondent in this action.

    **IT IS SO ORDERED**.

    **DATED** this 8th day of September, 2017.

_____
Kelly K.E. Mahoney
United States Magistrate Judge
Northern District of Iowa